UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDRE L. KYDALA ESQ
PO BOX 5537
CLINTON NJ 08809
ALK2393

Order Filed on January 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARCELLA DEMCAK

Case No.: 16-12262

Hearing Date: 1/23/2017

Judge: KAPLAN

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: January 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____THE DEBTOR_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __14__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2