UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDRE L. KYDALA ESQ
PO BOX 5537
CLINTON NJ 08809
ALK2393

Order Filed on January 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARCELLA DEMCAK

Case No.: 16-12262

Hearing Date: 1/23/2017

Judge: KAPLAN

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: January 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____THE DEBTOR_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __14__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-12262-MBK
Marcella Demcak                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jan 23, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db          +Marcella Demcak,    1360 Well Rd,    Bridgewater, NJ 08807-1427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              Andre L. Kydala    on behalf of Debtor Marcella  Demcak kydalalaw@aim.com, kydalalaw@aim.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust, N.A., Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
                                                                                             TOTAL: 4